

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-14-00105-CV
_____

MARION BRECHEISEN, APPELLANT

V.

TESSA DAWN BRECHEISEN, MICHAEL KEITH BRECHEISEN,
and RABO AGRIFINANCE, INC., APPELLEES

On Appeal from the 84ᵗʰ District Court
Hansford County, Texas
Trial Court No. CV04979; Honorable William D. Smith, Presiding

August 28, 2014

## ORDER DENYING MOTION TO DISMISS

### Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is the motion of Appellee, Tessa Dawn Brecheisen, seeking dismissal of this appeal for the alleged failure of Appellant, Marion Brecheisen, to comply with an order of the court. *See* TEX. R. APP. P. 42.3. We deny the relief requested.

Having reviewed the record, for purposes of clarity, this Court designates the parties to this appeal to be: Appellant, Marion Brecheisen, and Appellees, Tessa Dawn Brecheisen, Michael Keith Brecheisen, and Rabo Agrifinance, Inc., and the style of this case to be: Marion Brecheisen, Appellant v. Tessa Dawn Brecheisen, Michael Keith Brecheisen, and Rabo Agrifinance, Inc., Appellees.

It is so ordered.

Per Curiam